**Opinion issued February 4, 2025**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-24-00660-CV

———————————

**CHARLES FOSTER AND RYAN SANKAR, Appellants**

**V.**

**RYAN IZZO AND TALIA CAPPUCCIO, INDIVIDUALLY, Appellees**

---

**On Appeal from the 190th District Court**
**Harris County, Texas**
**Trial Court Case No. 2021-78901**

---

## MEMORANDUM OPINION

Appellants Charles Foster and Ryan Sankar have not paid for the clerk's record or the required filing fee and have not established indigence for purposes of appellate costs. *See* TEX. R. APP. P. 5, 20.1 (indigence), 37.3(b) (allowing dismissal of appeal if no clerk's record filed due to appellant's fault); *see also* TEX. GOV'T

CODE ANN. §§ 51.207, 51.208, 51.941(a), 101.041; Order Regarding Fees Charged in the Supreme Court, in Civil Cases in the Courts of Appeals, and Before the Judicial Panel on Multi-District Litigation, Misc. Docket No. 15-9158. Notice concerning the past due filing fee issued on September 25, 2024 and notice concerning the failure to pay for the clerk's record issued on November 4, 2024. Both notices advised appellants that the appeal was subject to dismissal and requested a response. Appellants did not respond to either notice. *See* TEX. R. APP. P. 42.3(b) (allowing involuntary dismissal).

We dismiss the appeal for want of prosecution. *See* TEX. R. APP. P. 42.3, 43.2(f). We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Justices Rivas-Molloy, Johnson, and Dokupil.